TIME: 11412

**CIVIL CAUSE FOR / ON TRIAL**

BEFORE BLOCK, J..  6/17/08    TIME: 10 AM

CV-06-5621(FB)

TITLE:     CARL GOODE     -vs-  SUFFOLK COUNTY

PLTFFS ATTY:    **MICHAEL MANGAN**
              ✗ present        ___ not present

              ___ present      ___ not present

              ___ present      ___ not present

DEFTS ATTY:    **BRIAN MITCHELL**
              ✗ present        ___ not present

              ___ present      ___ not present

              ___ present      ___ not present

REPORTER B Sulzer          COURTROOM DEPUTY MJI

OTHER: _____

✗  CASE CALLED.

___ Conf. adj'd to _____.

All Counsel present, Counsel discuss settlement which is placed on the record. The writ is satisfied & the plaintiff is returned to state custody.