08/05/2008 17:53 2125094522 PAGE 02
08-04-2008 14:44 FROM-S C Dep't of Law 6318539341 T-033 P002/004 F-039
Case 2:06-cv-05621-FB-AKT Document 25 Filed 08/13/08 Page 1 of 1 PageID #: 79

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

CARL GOODE,

                Plaintiff,

   -against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, RON LELI and
THOMAS WISELY,

                Defendants.
----------------------------------------x

STIPULATION AND ORDER
OF VOLUNTARY
DISMISSAL

CV06-5621 (FB)(AKT)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

_____
CHRISTINE MALAFI
SUFFOLK COUNTY ATTORNEY
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788
By: Brian C. Mitchell
Assistant County Attorney

_____
Michael P. Mangan, Esq.
80 Wall Street, Suite 1214
New York, NY 10005
212-509-4522

SO ORDERED:

Dated: Brooklyn, New York

           _____, 2008

_____
FREDERIC R. BLOCK, U.S.D.J.